IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AUSTIN FUTRELL**                                                                    **PLAINTIFF**

v.                              **CASE NO. 2:21-CV-00156-BSM**

**CONAIR, LLC**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE